The Honorable Ronald B. Leighton

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| NORTH COUNTY BANK, a Washington corporation, | |
| Plaintiff, | IN ADMIRALTY |
| v. | NO.   C09-5592-RBL |
| P/C SLO DANCE, Official Number 923424, her engines, tackle, apparel, furniture and equipment, *In Rem*, and ROBERT G. ESTES and JANET C. ESTES, and their marital community, *In Personam*, | ORDER APPROVING ADMINISTRATIVE EXPENSES AND ATTORNEYS' FEES AND COSTS AND DEFAULT JUDGMENT *IN PERSONAM* |
| Defendants. | |

THIS MATTER having come on upon the motion of plaintiff and the Court having considered the motion, the declaration of the officer of North County Bank, plaintiff, responsible for the administration of this case and the affidavit of counsel which were submitted with the motion and the records and files herein, and an Order of Default *In Personam* having been previously entered and, being informed of the premises, now makes the following finding:

Order Approving Administrative Expenses and Attorneys' Fees
and Costs and Default Judgment *In Personam* (C09-5592-RBL) - 1

Law Office of
STAN LOOSMORE, P.S.
3011 One Union Square
600 University Street
Seattle, WA  98101
206 622-2400

1  The administrative expenses and attorneys' fees and costs incurred by the plaintiff in the foreclosure of the preferred marine mortgage on the defendant vessel are reasonable.

Plaintiff is entitled to judgment against the *in personam* defendants, Robert G. Estes and Janet C. Estes, no appearance or answer having been filed, in the amount prayed for in the Complaint plus interest, plus administrative expenses and attorneys' fees and costs, less the amount to be received by the plaintiff on the subsequent sale of the defendant vessel.

NOW, THEREFORE, IT IS

ORDERED that administrative expenses in the total amount of $14,072.50 are approved in this case and attorneys' fees and costs in the total amount of $7,490.29 are approved in this case; and it is further

ORDERED that North County Bank, plaintiff, shall have judgment against Robert G. Estes and Janet C. Estes *in personam* for $1,005,193.13; and it is further

ORDERED that this judgment shall bear interest at the federal rate from December 23, 2009 until paid; and it is further

ORDERED that the judgment granted herein shall be reduced by the amount, if any, received by plaintiff as a result of the subsequent sale of the P/C SLO DANCE, net of all costs of maintaining and selling the vessel; and it is further

//
//
//
//
//

Order Approving Administrative Expenses and Attorneys' Fees
and Costs and Default Judgment *In Personam* (C09-5592-RBL) - 2

Law Office of
STAN LOOSMORE, P.S.
3011 One Union Square
600 University Street
Seattle, WA  98101
206 622-2400

ORDERED that plaintiff shall have execution on this judgment.

DATED this 8th day of April, 2010.

*[signature]*

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Presented by:

/s/
Stan Loosmore, WSBA #6011
Attorney for Plaintiff

Order Approving Administrative Expenses and Attorneys' Fees
and Costs and Default Judgment *In Personam* (C09-5592-RBL) - 3

Law Office of
STAN LOOSMORE, P.S.
3011 One Union Square
600 University Street
Seattle, WA 98101
206 622-2400