The Honorable Ronald B. Leighton

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| NORTH COUNTY BANK, a Washington corporation, | |
| Plaintiff, | IN ADMIRALTY |
| v. | NO.   C09-5592-RBL |
| P/C SLO DANCE, Official Number 923424, her engines, tackle, apparel, furniture and equipment, *In Rem*, and ROBERT G. ESTES and JANET C. ESTES, and their marital community, *In Personam*, | JUDGMENT *IN PERSONAM* |
| Defendants. | |

THIS MATTER having come on upon the motion of plaintiff and the Court having considered the Motion, the Declaration of plaintiff's Senior Vice President, the Affidavit of Counsel and the records and files herein, and being informed of the premises,

NOW THEREFORE it is

ORDERED that the Default Judgment *In Personam* entered on April 8, 2010

Judgment *In Personam* (C09-5592-RBL) - 1

Law Office of
STAN LOOSMORE, P.S.
3011 One Union Square
600 University Street
Seattle, WA  98101
206 622-2400

1  is modified and it is further

2      ORDERED that North County Bank, plaintiff, shall have judgment against

3  Robert G. Estes and Janet C. Estes and their marital community, *in personam*, for

4  $623,158.45; and it is further

5      ORDERED that this judgment shall bear interest at the federal rate from May

6  28, 2010 until paid; and it is further

7      ORDERED that plaintiff shall have execution this judgment.

8

9      DATED this 20th day of July, 2010.

10

11

12

13                                                    _____

14                                                    RONALD B. LEIGHTON
                                                  UNITED STATES DISTRICT JUDGE

15

16  Presented by:

17

18

19  /s/_____
   Stan Loosmore, WSBA #6011
20  Attorney for Plaintiff

21

22

23

24

25

Judgment *In Personam* (C09-5592-RBL) - 2

Law Office of
STAN LOOSMORE, P.S.
3011 One Union Square
600 University Street
Seattle, WA 98101
206 622-2400